```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ADAM L. GRANT,

                    Plaintiff,
                                          MEMORANDUM & ORDER
          -against-                       18-CV-3094(JS)(SIL)

GLEN COVE P.D., GLEN COVE COURTS,
DETECTIVE EDDIE LINARES, and
DETECTIVE J. GLENNON,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:     Adam L. Grant, pro se
                   4 Mason Drive, Apt. 1B
                   Glen Cove, New York 11542

For Defendants:    No appearances.
```

SEYBERT, District Judge:

By Memorandum and Order dated October 11, 2018 (the "Order," Docket Entry 5), the Court denied the application of pro se plaintiff Adam L. Grant ("Plaintiff") to proceed in forma pauperis without prejudice and with leave to renew upon completion of the AO 239 in forma pauperis application. Alternatively, Plaintiff was advised to remit the $400 filing fee. Plaintiff was instructed to comply with the Order within fourteen (14) days from the date of the Order and was warned that "a failure to timely comply with this Order will lead to the dismissal of the Complaint without prejudice and judgment will enter." (See Order at 3.)

To date, Plaintiff has not remitted the filing fee nor has he filed the AO 239 in forma pauperis application. Given Plaintiff's failure to comply with the Order, the Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil

Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to mark this case CLOSED and to mail a copy of this Memorandum and Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April __18__, 2019
      Central Islip, New York